

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2022

No. 04-22-00222-CV

**IN RE HOME DEPOT, USA, INC.**

Original Proceeding[1]

**ORDER**

On April 14, 2022, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 27, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CI-20642, styled *John Davidsmeyer v. Home Depot USA, INC., Raymond Garza, Linda Briseno, Axel Arrendondo, and Christian Rojero*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.